UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

         Plaintiff,

   v.

BRITZ FERTILIZERS, INC.,

         Defendant.

NO. CIV. S 05-1644 MCE KJM

ORDER

----oo0oo----

    The parties to this action, jurisdiction over which is premised on diversity of citizenship pursuant to 28 U.S.C. § 1332, have stipulated that Defendant's principal office and place of business is located in Fresno, California, that the policy of insurance at issue in the case was purchased in Fresno, and that the event giving rise to claims against the policy occurred in Merced County, California.  The parties hence have requested that this matter be transferred to the Fresno division of this court.

    Pursuant to 28 U.S.C. § 1391(a), venue in an action founded on diversity of citizenship may be brought either in the district

1

1 where any defendant resides or in the district where a
2 substantial part of the events or omissions giving rise to the
3 claim occurred.  While it accordingly appears uncontroverted that
4 venue is properly within the Eastern District of California, both
5 Merced and Fresno Counties constitute part of the Eastern
6 District.  See Local Rule 3-120(d).

7 Pursuant to Local Rule 3-120(f), any civil action which has
8 not been commenced in the proper court may, on the court's own
9 motion, be transferred to the proper court.  Therefore this
10 action will be transferred to the Fresno Division of this court.

12 IT IS SO ORDERED.

14 DATED: September 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2