W. Eric Blumhardt (Bar No. 109256)
Danielle A. Arteaga (Bar No. 209958)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
P.O. Box 8035
Walnut Creek, CA  94596
Telephone:     (925) 930-6600
Facsimile:      (925) 930-6620

Attorneys for Plaintiff
NATIONWIDE AGRIBUSINESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRITZ FERTILIZERS, INC.,<br><br>Defendant. | No. 1:05-CV-01192-AWI-SMS<br><br>**JOINT STIPULATION AND ORDER EXTENDING DISPOSITIVE MOTION FILING DEADLINE**<br><br>Judge:  Sandra M. Snyder<br><br>Action Filed:  08/16/05<br>Trial Date:  10/24/06 |

Plaintiff NATIONWIDE AGRIBUSINESS INSURANCE COMPANY and Defendant BRITZ FERTILIZERS, INC. have met and conferred regarding the dispositive motion filing deadline set in the Court's December 15, 2005 Scheduling Conference Order.  The parties now stipulate to the following revised date, subject to the court's approval:

Dispositive Motions:  **July 28, 2006**

DATED:  May 15, 2006                    ARCHER NORRIS


                                        By: /s/ Danielle A. Arteaga
                                            W. Eric Blumhardt
                                            Danielle A. Arteaga
                                            Attorneys for Plaintiff
                                            NATIONWIDE AGRIBUSINESS
                                            INSURANCE COMPANY

STIP AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE DISP. MOTIONS

1  DATED:  May __, 2006                    FRAME & MATSUMOTO

2

3                                          By:     /s/ Ted R. Frame
                                                   Ted R. Frame
4                                                  Attorneys for Defendant
                                                   BRITZ FERTILIZERS, INC
5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED:

7

8  DATED  5/24/2006

9

10                                         /s/ Sandra M. Snyder

11                                         HONORABLE SANDRA M. SNYDER

12  FIC009/482946-1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com