1  W. Eric Blumhardt (Bar No. 109256)
   Danielle A. Arteaga (Bar No. 209958)
2  ARCHER NORRIS
   A Professional Law Corporation
3  2033 North Main Street, Suite 800
   P.O. Box 8035
4  Walnut Creek, CA  94596
   Telephone:     (925) 930-6600
5  Facsimile:      (925) 930-6620

6  Attorneys for Plaintiff
   NATIONWIDE AGRIBUSINESS INSURANCE COMPANY
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11 | NATIONWIDE AGRIBUSINESS          | No. 1:05-CV-01192-AWI-SMS
   | INSURANCE COMPANY,               |
12 |                                  | **JOINT STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE (NON-EXPERT)**
   |         Plaintiff,               |
13 |                                  |
   |    v.                            |
14 |                                  | Judge:  Sandra M. Snyder
   | BRITZ FERTILIZERS, INC.,         |
15 |                                  | Action Filed: 08/16/05
   |         Defendant.               | Trial Date:   10/24/06
16

17       Plaintiff NATIONWIDE AGRIBUSINESS INSURANCE COMPANY and Defendant

18 BRITZ FERTILIZERS, INC. have met and conferred regarding the discovery deadline set in the

19 Court's December 15, 2005 Scheduling Conference Order.  The parties now stipulate to the

20 following revised date, subject to the court's approval:

21       Discovery Deadline (nonexpert):     **July 15, 2006**

22

23 DATED: June 9, 2006                      ARCHER NORRIS

24
                                            By: /s/ Danielle A. Arteaga
25                                              W. Eric Blumhardt
                                                Danielle A. Arteaga
26                                              Attorneys for Plaintiff
                                                NATIONWIDE AGRIBUSINESS
27                                              INSURANCE COMPANY
28

FIC009/487188-1

STIP AND [PROPOSED] ORDER RE: EXTENSION OF DISCOVERY DEADINE (NON-EXPERT)

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: June __, 2006 | FRAME & MATSUMOTO |
| | By:   /s/ Ted R. Frame |
| | Ted R. Frame |
| | Attorneys for Defendant |
| | BRITZ FERTILIZERS, INC |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:   6/14/2006

　　　　　　　　　　　　　　　　　　 /s/ Sandra M. Snyder

　　　　　　　　　　　　　　　　　HONORABLE SANDRA M. SNYDER

FIC009/487188-1

2

STIP AND [PROPOSED] ORDER RE: EXTENSION OF DISCOVERY DEADLINE (NON-EXPERT)

PDF created with pdfFactory trial version www.pdffactory.com