IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,    )<br>                                               )<br>            Plaintiff,                        )<br>                                               )<br>    v.                                         )<br>                                               )<br>BRITZER FERTILIZERS, INC.,                     )<br>                                               )<br>            Defendant.                         )<br>_____ ) | CIV- F-05-1192 AWI SMS<br><br>ORDER DISMISSING CASE PURSUANT  TO STIPULATED AGREEMENT OF DISMISSAL AND CLOSING CASE |

On September 22, 2006, plaintiff Nationwide Agribusiness Insurance Company ("Plaintiff") and defendant Britzer Fertilizers, Inc. ("Defendant"), jointly filed a stipulation of dismissal with prejudice as toall claims and cross-claims pursuant to Federal Rule of Civil Procedure 41(a)(1).  Defendant filed an answer to the complaint on October 13, 2005.  Pursuant to Rule 41(a)(1), where there has been an answer to the complaint, an action may be dismiss "by filing a stipulation of dismissal signed by all parties who have appeared in the action."  Rule 41(a)(1) also provides that voluntary dismissals are without prejudice unless otherwise stated.

In this case Plaintiff and Defendant are the only parties who have appeared.  The stipulation has been signed by both parties who agree that the dismissal is with prejudice.

Therefore, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the action is DISMISSED with prejudice.  The Clerk of the Court is ordered to close the case.

IT IS SO ORDERED.

**Dated:     September 26, 2006             /s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE